# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2011

139860 (76)

RAQUEL ROBELIN, Conservator, for
TEIJA McCALL,
    Plaintiff-Appellee,

v

SPECTRUM HEALTH HOSPITALS, d/b/a
SPECTRUM HEALTH-EAST CAMPUS,
JOHN HARTMANN, M.D., and
ADVANTAGE HEALTH PHYSICIANS, P.C.,
    Defendants-Appellants.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 139860
COA: 279780
Kent CC: 04-010444-NH

   On order of the Court, the motion for reconsideration of this Court's December 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   YOUNG, C.J., and MARKMAN, J., would grant the motion for reconsideration and, for the reasons set forth in Justice CORRIGAN's dissent to the order of December 22, 2010, would reverse the judgment of the Court of Appeals and remand for entry of an order granting defendants' motion to strike. See *Robelin v Spectrum Health Hospitals*, 488 Mich 1000, 1003 (2010) (CORRIGAN, J., dissenting).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2011
                     Clerk

0405